Argued and submitted November 23, 1999, affirmed November 15, 2000

CHARLES MURR,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(98-04-29-660M; CA A104916)

14 P3d 646

Bob Pangburn filed the brief for appellant.

Denise Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

Affirmed. *Antunez v. Lampert,* 169 Or App 196, 7 P3d 735 (2000).